VOHWINKEL & ASSOCIATES
RORY VOHWINKEL ESQ.
4000 S. E. Eastern, Suite 200
Las Vegas, NV 89119
(702) 735-1500
Nevada State Bar No. 8709
Attorney for the Debtor

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEVADA

| Re: | ) BANKRUPTCY NUMBER: |
|---|---|
| | ) BK-S-10-17758-LED |
| Andrew Brown (Deceased) | ) CHAPTER 13 |
| | ) |
| | ) |
| Debtor(s). | ) DATE: N/A |
| | ) TIME: N/A |

### NOTICE OF SUGGESTION OF DEATH

TO: ALL INTERESTED PARTIES
TO: THE CLERK OF THE ABOVE-ENTITLED COURT

NOTICE IS HEREBY GIVEN that Rory Vohwinkel ESQ. , attorney for the above mentioned Debtor Andrew Brown hereby enters into this court a Suggestion of Death.

DATED this 14th day of September, 2015

VOHWINKEL & ASSOCIATES

By: /S/RORY VOHWINKEL ESQ.
RORY VOHWINKEL ESQ.
4000 S. Eastern Ave., Ste. 200
Las Vegas, NV 89119
Attorney for Debtor

# STATE OF NEVADA
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
### DIVISION OF HEALTH – VITAL STATISTICS
### CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2015010011

**DECEDENT**

- **1a. DECEASED-NAME:** Andrew BROWN JR
- **2. DATE OF DEATH:** June 04, 2015
- **3a. COUNTY OF DEATH:** Clark
- **3b. CITY, TOWN, OR LOCATION OF DEATH:** Las Vegas
- **3c. HOSPITAL OR OTHER INSTITUTION:** St Rose Dominican Hospital Siena Campus
- **3e. If Hosp. or Inst. indicate DOA, OP/Emer. Rm. Inpatient:** Emergency Room / Outpatient
- **4. SEX:** Male
- **5. RACE:** Black
- **6. Hispanic Origin?:** No - Non-Hispanic
- **7a. AGE-Last birthday (Years):** 72
- **8. DATE OF BIRTH:** September 07, 1942
- **9a. STATE OF BIRTH:** Louisiana
- **9b. CITIZEN OF WHAT COUNTRY:** United States
- **10. EDUCATION:** 16
- **11. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED:** Widowed
- **12. SURVIVING SPOUSE (Maiden name):**
- **13. SOCIAL SECURITY NUMBER:** [redacted]
- **14a. USUAL OCCUPATION:** Unknown/not Classifiable
- **14b. KIND OF BUSINESS OR INDUSTRY:** Telephone Company
- **Ever in US Armed Forces?** No
- **15a. RESIDENCE - STATE:** Nevada
- **15b. COUNTY:** Clark
- **15c. CITY, TOWN OR LOCATION:** Henderson
- **15d. STREET AND NUMBER:** 1761 Lily Pond Circle
- **15e. INSIDE CITY LIMITS:** Yes

**PARENTS**

- **16. FATHER/PARENT - NAME:** Andrew BROWN SR
- **17. MOTHER/PARENT - NAME:** Olevia JOHNSON
- **18a. INFORMANT- NAME:** April BROWN
- **18b. MAILING ADDRESS:** 8550 Florin Road #30 Sacramento, California 95828

**DISPOSITION**

- **19a. BURIAL, CREMATION, REMOVAL, OTHER:** Removal/Burial
- **19b. CEMETERY OR CREMATORY - NAME:** Lone Tree Cemetery
- **19c. LOCATION:** Hayward California
- **20a. FUNERAL DIRECTOR - SIGNATURE:** CHRIS WALTERS — SIGNATURE AUTHENTICATED
- **20b. FUNERAL DIRECTOR LICENSE NUMBER:** 64
- **20c. NAME AND ADDRESS OF FACILITY:** Desert Memorial Cremation and Burial, 1111 Las Vegas Blvd N Las Vegas NV 89101

**CERTIFIER**

- **21a. To the best of my knowledge...:** SIGNATURE AUTHENTICATED — SCOTT FERGUSON MD
- **21b. DATE SIGNED:** June 13, 2015
- **21c. HOUR OF DEATH:** 15:33
- **23a. NAME AND ADDRESS OF CERTIFIER:** SCOTT FERGUSON MD, 3001 St Rose Pkwy Henderson, NV 89052
- **23b. LICENSE NUMBER:** 12291

**REGISTRAR**

- **24a. REGISTRAR (Signature):** MARY WILSON — SIGNATURE AUTHENTICATED
- **24b. DATE RECEIVED BY REGISTRAR:** June 15, 2015
- **24c. DEATH DUE TO COMMUNICABLE DISEASE:** NO [X]

**CAUSE OF DEATH**

- **25. IMMEDIATE CAUSE — PART I (a):** Cardiopulmonary Arrest Unknown Etiology
- **26. AUTOPSY:** No
- **27. WAS CASE REFERRED TO CORONER:** Yes
- **28c. HOUR OF INJURY:** 9999

---

"CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE WITH THE REGISTRAR OF VITAL STATISTICS, STATE OF NEVADA." This copy was issued by the Southern Nevada Health District from State certified documents authorized by the State Board of Health pursuant to NRS 440.175.

**B000141833**
**DATE ISSUED:** AUG 20 2015

Registrar of Vital Statistics
By: Pamela Thomas

This Copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.
SOUTHERN NEVADA HEALTH DISTRICT · P.O. Box 3902 · Las Vegas, NV 89127 · 702-759-1010 · Tax ID # 88-0151573

VRS-Rev-20120523a


