KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89101
(702) 853-0700
kal13mail@las13.com

RECEIVED
AND FILED

2015 OCT 14 PM 1 33

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
NEVADA DIVISION

IN RE:
ANDREW BROWN (DECEASED 6/4/2015)

1761 LILY POND CIRCLE
HENDERSON, NV 89012

CASE NO: BKS-10-17758-LED
CHAPTER 13

NOTICE OF UNCLAIMED FUNDS

TO:    Clerk, United States Bankruptcy Court
From:  Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim # | Claimant & Address | CAS 106000 | CAS 163300 |
|---|---|---|---|
| DEBTOR REFUND | ANDREW BROWN 1761 LILY POND CIRCLE HENDERSON, NV 89012 | $0.00 | $9,842.52 |

Total: $9,842.52

**Kathleen A. Leavitt**

Kathleen A. Leavitt
Chapter 13 Bankrutpcy Trustee

Date: October 14, 2015

CC:  ANDREW BROWN (DECEASED 6/4/2015)
     RANDOLPH H GOLDBERG ESQ

NOTE:  Claims that are $25.00 or less go into CAS106000. Claims that are more than $25.00 goes into CAS 613300. The amounts that are to be deposited into the Registry can be written on one check.

# 224032   $ 9842.52